1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TERRY LEE WEBBS JR.,                    **Case No. CV 15-02777 PSG (RAO)**

12                   Petitioner,

13        v.                                 **JUDGMENT**

14   S. PERRY,

15                   Respondent.

16

17        Pursuant to the Court's Order Accepting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19        IT IS ORDERED AND ADJUDGED that the Petition is denied and this

20   action is dismissed with prejudice.

21

22

23   DATED:  12/18/15

24                                           _____

25                                           PHILIP S. GUTIERREZ
                                             UNITED STATES DISTRICT JUDGE
26

27

28